IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ABRIGO TWEEDY,<br><br>Defendant. | Criminal Action Number 3:04CR351-JRS-01 |

### RESTITUTION ORDER

THIS MATTER comes before the Court on the Government's Unopposed Motion to Amend Final Judgment Order to Reflect Updated Restitution Information, filed on July 18, 2005. Pursuant to the Mandatory Victims Restitution Act, 18 U.S.C. §§ 3663A-3664, the Court hereby ORDERS that restitution in the amount of $405,682.02 is DUE AND PAYABLE IMMEDIATELY to the Medical College of Virginia Hospitals ("MCVH"). Restitution payments on behalf of MCVH should be made to:

>   Treasurer of Virginia
>   Division of Debt Collection
>   Officer of the Attorney General
>   900 East Main Street
>   Richmond, VA 23219

In addition, Defendant is ORDERED to participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

This Order is made a part of the judgment imposed by the Court on April 28, 2005.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

        /s/ James R. Spencer
UNITED STATES DISTRICT JUDGE

    July 20, 2005
DATE